
November 7, 2022

The Honorable Tony N. Leung
Magistrate Judge, District of Minnesota
United States District Court
300 South Fourth St.
Minneapolis, MN  55415

Re:    United States v. Guhaad Said (5)
        22-CR-224 (NEB/TNL)

Dear Judge Leung,

Pursuant to the Court's request dated November 2, 2022, Defendant Said submits his
position regarding the Government's proposed Protective Order.   Defendant Said joins in
the objection filed by codefendant Mohamud in Document No. 101.  Mr. Said agrees that
any restriction on the dissemination of the discovery should apply to the Government to
the same extent it applies to the individual defendants.

Sincerely,

_Charles F. Clippert__
Charles F. Clippert
Attorney No. 248848
101 East Fifth Street
Suite 1500
St. Paul, MN 55101Phone: (651) 300-4109

cc:  Harry Jacobs, Assistant United States Attorney