# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Guhaad Hashi Said,

        Defendant,

Docket No. 0864 0:22CR00224-005(NEB)

**Temporary Order
Modifying Conditions of Pretrial Release**

IT IS HEREBY ORDERED that U.S. Probation and Pretrial Services is permitted facilitate the defendant's temporary return of his United States passport for purposes of the defendant applying to obtaining a REAL ID identification card. Following the defendant's appointment with the Minnesota's Driver and Vehicle Services, his passport shall be immediately returned to the U.S. Probation and Pretrial Services Office.

All other terms and conditions of release shall remain in effect.

Dated: 8/11/25

Nancy E. Brasel
U.S. District Judge