# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNDER SEAL**

UNITED STATES OF AMERICA

    v.                                                                              Criminal No.  22-85 (NEB/TNL)

MOHAMED JAMA ISMAIL
_____

UNITED STATES OF AMERICA

    v.                                                                              Criminal No.  22-124 (NEB/DTS)

ABDIAZIZ SHAFI FARAH, ET AL.
_____

UNITED STATES OF AMERICA

    v.                                                                              Criminal No.  22-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.
_____

UNITED STATES OF AMERICA

    v.                                                                              Criminal No.  22-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.
_____

UNITED STATES OF AMERICA

    v.                                                                              Criminal No.  22-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-225 (NEB/DTS) |
| SHARMAKE JAMA, ET AL. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-226 (NEB/DTS) |
| HAJI OSMAN SALAD, ET AL. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-236 (NEB) |
| HANNA MARAKEGN | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-237 (NEB) |
| BEKAM ADDISSU MERDASSA | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-238 (NEB) |
| HADITH YUSUF AHMED | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-277 (NEB/DTS) |
| MEKFIRA HUSSEIN | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-293 (NEB/DTS) |
| MOHAMED MUSE NOOR | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-80 (NEB/DTS) |
| AYAN FARAH ABUKAR | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-81 (NEB/DTS) |
| SADE OSMAN HASHI | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-82 (NEB/DTS) |
| SHARON ROSS | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-91 (NEB) |
| MUHAMED HUSSEIN, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-92 (NEB) |
| MULATA ALI | |

UNITED STATES OF AMERICA

    v().                                                                       Criminal No. 24-13 (NEB/DTS)

SAID EREG ET AL.

---

UNITED STATES OF AMERICA

    v.                                                                        Criminal No. 24-15 (NEB/DTS)

IKRAM YUSUF MOHAMED ET AL.

---

UNITED STATES OF AMERICA

    v.                                                                         Criminal No. 24-24 (NEB)

HODA ALI ABDI

---

UNITED STATES OF AMERICA

    v.                                                                         Criminal No. 25-214 (NEB/DTS)

HIBO DAAR

---

UNITED STATES OF AMERICA

    v.                                                                         Criminal No. 25-226 (NEB/DTS)

DOROTHY JEAN MOORE

---

UNITED STATES OF AMERICA

    v.                                                                         Criminal No. 25-366 (DSD)

ASHA FARHAN HASSAN

4

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;

- The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

- The cases arise out of the same investigation and have temporal proximity;

- A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and

- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: September 26, 2025                Respectfully submitted,

                                         JOSEPH H. THOMPSON
                                         Acting United States Attorney

                                         /s/ *Rebecca E. Kline*
                                    BY:  REBECCA E. KLINE
                                         DANIEL W. BOBIER
                                         HARRY M. JACOBS
                                         Assistant United States Attorneys